**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:19cr309-MHT** |
| | ) | **(WO)** |
| **LINDA DONOVAN** | ) | |

**ORDER**

It is ORDERED that the indictment (Doc. 1) against defendant Linda Donovan is dismissed with prejudice, and defendant Donovan is discharged.

DONE, this the 25th day of February, 2022.

                                                              **/s/ Myron H. Thompson**
                                              **UNITED STATES DISTRICT JUDGE**